# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **AGIS SOFTWARE DEVELOPMENT LLC**, | § § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 2:17-CV-516-JRG |
| **APPLE INC.**, | § § § | |
| Defendant. | § § § § § | |

## JOINT MOTION FOR ENTRY OF AGREED PROTECTIVE ORDER

Pursuant to the Court's Order [48] dated October 18, 2017, the parties jointly and respectfully request that the Court enter the Proposed Protective Order, attached as Exhibit A.

| | |
|---|---|
| Dated: October 25, 2017 | Respectfully submitted, |
| | **BROWN RUDNICK LLP** |
| | |
| | /s/ *Alfred R. Fabricant* |
| | Alfred R. Fabricant |
| | N.Y. Bar No. 2219392 |
| | Email: afabricant@brownrudnick.com |
| | Peter Lambrianakos |
| | N.Y. Bar No. 2894392 |
| | Email: plambrianakos@brownrudnick.com |
| | Vincent J. Rubino, III |
| | N.Y. Bar No. 4557435 |
| | Email: vrubino@brownrudnick.com |
| | Alessandra C. Messing |
| | N.Y. Bar No. 5040019 |
| | Email: amessing@brownrudnick.com |
| | John A. Rubino |
| | NY Bar No. 5020797 |
| | Email: jrubino@brownrudnick.com |
| | Enrique W. Iturralde |
| | NY Bar No. 5526280 |
| | Email: eiturralde@brownrudnick.com |
| | **BROWN RUDNICK LLP** |
| | 7 Times Square |
| | New York, NY 10036 |
| | Telephone: 212-209-4800 |
| | Facsimile: 212-209-4801 |
| | |
| | Samuel F. Baxter |
| | Texas Bar No. 01938000 |
| | Email: sbaxter@mckoolsmith.com |
| | Jennifer L. Truelove |
| | Texas State Bar No. 24012906 |
| | Email: jtruelove@mckoolsmith.com |
| | |
| | **McKOOL SMITH, P.C.** |
| | 104 East Houston Street, Suite 300 |
| | Marshall, Texas 75670 |
| | Telephone: 903-923-9000 |
| | Facsimile: 903-923-9099 |
| | |
| | **ATTORNEYS FOR PLAINTIFF, AGIS SOFTWARE DEVELOPMENT LLC** |

**DESMARAIS LLP**

 /s/ Ameet A. Modi

John M. Desmarais
*Admitted Pro Hac Vice*
Email: jdesmarais@desmaraisllp.com
Ameet A. Modi
*Admitted Pro Hac Vice*
Email: amodi@desmaraisllp.com
Brian Matty
*Admitted Pro Hac Vice*
Email: bmatty@desmaraisllp.com
Jeffrey S. Seddon, II
*Admitted Pro Hac Vice*
Email: jseddon@desmaraisllp.com
Kerri-Ann Limbeek
*Admitted Pro Hac Vice*
Email: klimbeek@desmaraisllp.com
Michael P. Stadnick
*Admitted Pro Hac Vice*
Email: mstadnick@desmaraisllp.com
Wesley L. White
*Admitted Pro Hac Vice*
Email: wwhite@desmaraisllp.com
230 Park Avenue
New York, New York 10169
Telephone: 212-351-3400
Fax: 212-351-3401

Melissa Richards Smith
Texas State Bar No. 24001351
Email: melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: 903-934-8450
Fax: 903-934-9257

**ATTORNEYS FOR DEFENDANT APPLE, INC.**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on October 25, 2017, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Alfred R. Fabricant*