IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:17-CV-00513 |
| v. | § § | (LEAD) |
| HUAWEI DEVICE USA INC., ET AL., | § § | CIVIL ACTION NO. 2:17-CV-00516 |
| *Defendant*. | § § § | (CONSOLIDATED) |

# ORDER

Before the Court is Plaintiff AGIS Software Development LLC ("AGIS") and Defendant Apple Inc.'s ("Apple") Joint Motion to Dismiss (the "Motion"). (Dkt. No. 348.) AGIS and Apple have settled their respective claims asserted in Case No. 2:17-cv-00516. Accordingly, the Parties request that all claims asserted by AGIS against Apple be dismissed with prejudice and that all counterclaims asserted by Apple against AGIS be dismissed without prejudice. The Parties further request that all attorneys' fees, costs, and expenses be borne by the party that incurred them.

Having considered the Motion, the Court is of the opinion that it should be and hereby is **GRANTED**. It is therefore **ORDERED** that all claims asserted by Plaintiff AGIS against Defendant Apple in Case No. 2:17-cv-00516 are **DISMISSED WITH PREJUDICE** and that all counterclaims asserted by Defendant Apple against Plaintiff AGIS are **DISMISSED WITHOUT PREJUDICE**. It is further **ORDERED** that all attorneys' fees, expenses, and costs be borne by the party that incurred them. All pending motions in Case No. 2:17-cv-00516 are **DENIED AS MOOT**. The Clerk of Court is **DIRECTED TO CLOSE** lead case number 2:17-cv-00513 and consolidated case number 2:17-cv-00516.

**So ORDERED and SIGNED this 14th day of March, 2019.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE